1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                          **SACRAMENTO DIVISION**
13

14  NINOSKA CALDERA,            )      CIVIL NO.: 2:12-cv-01301-EFB
                                )
15       Plaintiff,             )      STIPULATION AND PROPOSED ORDER
                                )      FOR AN EXTENSION OF TIME
16            v.                )
                                )
17                              )
    MICHAEL J. ASTRUE,          )
18  Commissioner of             )
    Social Security,            )
19                              )
                                )
20       Defendant.             )
    _____)
21

22
         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
    record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from
24
    January 2, 2013, to February 1, 2013.  This is Defendant's first request for an extension of time to
25
    respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare
26
    a response in this matter.
27
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: December 31, 2012  /s/ *Jesse S. Kaplan*
(As authorized via e-mail on 12/31/12)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: December 31, 2012  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  January 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE